**STATE of Missouri ex rel. Linda BURTON, et al., Respondents,**

v.

**Bobby J. LAWTON, Appellant.**

**No. WD 64609.**

Missouri Court of Appeals,
Western District.

June 7, 2005.

Before THOMAS H. NEWTON, P.J., HAROLD L. LOWENSTEIN and PATRICIA A. BRECKENRIDGE, JJ.

### ORDER

PER CURIAM.

Mr. Bobby Lawton appeals the denial of his request for attorney's fees from the State pursuant to section 536.087.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).